IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: IVANO BATTISTA & KATHLEEN CAROLE CIPOLLA | ) ) ) |
| WELLS FARGO BANK, N.A., Creditor, vs. | ) ) ) ) ) |
| IVANO BATTISTA & KATHLEEN CAROLE CIPOLLA, Debtor | ) ) ) ) |

CASE NO. 09B14232
JUDGE JACQUELINE P. COX

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the November 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of December 2, 2011.

   | | |
   |---|---:|
   | a. Attorney's Fees | $250.00 |
   | b. Payments | $3,074.19 |
   | c. Late charges | $26.95 |
   | d. Ourstanding BK Atty Fees/Costs | $500.00 |
   | e. Suspense | ($905.18) |
   | **Total** | $2,945.96 |

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

       Respectfully Submitted,
       Wells Fargo Bank, N.A.

       /s/Toni Dillon
       Toni Dillon
       ARDC#6289370

       Pierce and Associates, P.C.
       1 North Dearborn Street
       Suite 1300
       Chicago, Illinois 60602
       (312)346-9088